(92 South. 922)

STARGILL v. STATE. (7 Div. 199.) (Supreme Court of Alabama. Feb. 11, 1922.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge. J. H. Disque, Jr., of Gads-

den, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAYRE, J. No bill of exceptions, and no error in the record. Affirmed.

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.